IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-00154-CMA-KLM

HUNTER ADAM MELNICK,

    Plaintiff,

v.

KAYLA JOHNSTON,
DEAN GONZALES,
SUSAN WHITE,
NICOLE JIMENEZ,
OMER GARCIA,
AHO WATERS COLORADO STATE BOARD OF PAROLE,
SHEILA,
BRYCE GILMORE,
JANE DOE, Unknown Primary Therapist,
TAMMIS JAHN,
AURORA MENTAL HEALTH CENTRE, and
STATE OF COLORADO,

    Defendants.

## ORDER TO SHOW CAUSE

On September 10, 2021, the Court dismissed the claims against Defendant Aurora Mental Health Centre (AMH) without prejudice. (Doc. # 151). In the three months since that order was issued, Plaintiff has made no apparent effort to cure the pleading deficiencies identified in that order. Therefore, in the interest of finality, Plaintiff shall show cause, on or before January 6, 2022, why the claims against AMH should not be dismissed with prejudice.

1

It is therefore ORDERED that Plaintiff shall have until January 6, 2022, to show cause why his claims against AMH should not be dismissed with prejudice.

DATED: December 16, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge