IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 19-cv-00154-CMA-KLM

HUNTER ADAM MELNICK,

    Plaintiff,

v.

KAYLA JOHNSTON
DEAN GONZALES,
SUSAN WHITE,
NICOLE JIMENEZ,
OMER GARCIA,
AHO WATERS COLORADO STATE BOARD OF PAROLE,
SHEILE POMERANZ,
BRYCE GILMORE,
PRIMARY THERAPIST,
TAMMIS JAHN,
STATE OF COLORADO, and
DARCI ARCHER,

    Defendants.

## ORDER ADOPTING AND AFFIRMING OCTOBER 4, 2022, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the October 4, 2022, Recommendation of United States Magistrate Judge (Doc. # 222), wherein Magistrate Judge Kristen L. Mix recommends that Plaintiff's Motion for Voluntary Dismissal (Doc. # 214) be denied without prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 222 at 3-4.) Despite this advisement, no objection to Magistrate Judge Mix's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Mix, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The October 4, 2022, Recommendation of United States Magistrate Judge (Doc. # 222) is AFFIRMED and ADOPTED as an order of this Court; and
- Plaintiff's Motion for Voluntary Dismissal (Doc. # 214) is DENIED WITHOUT PREJUDICE.

DATED:  October 25, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge