IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 19-cv-00154-CMA-KLM

HUNTER ADAM MELNICK,

    Plaintiff,

v.

KAYLA JOHNSTON
DEAN GONZALES,
SUSAN WHITE,
NICOLE JIMENEZ,
OMER GARCIA,
AHO WATERS COLORADO STATE BOARD OF PAROLE,
SHEILA POMERANZ,
BRYCE GILMORE,
TAMMMIS JAHN,
STATE OF COLORADO, and
DARCI ARCHER

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JUNE 29, 2023
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the June 29, 2023 Recommendation of United States Magistrate Judge (Doc. # 265), wherein Judge Kristen L. Mix recommends that Plaintiff Hunter Adam Melnick's Motion for Preliminary Injunction (Doc. # 242) be denied. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 265 at 15.) Despite this advisement, no objection to Judge Mix's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Judge Mix, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The June 29, 2023 Recommendation of United States Magistrate Judge (Doc. # 265) is AFFIRMED and ADOPTED as an order of this Court; and

- Plaintiff Hunter Adam Melnick's Motion for Preliminary Injunction (Doc. # 242) is DENIED.

DATED: July 24, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge